UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAUR DALBIR,<br><br>    Plaintiff,<br><br> v.<br><br>RICHARD GREG POMARES,<br><br>    Defendant. | 1:05cv1451 FVS DLB<br><br>FINDINGS AND RECOMMENDATION REGARDING DISMISSAL OF NOTICE OF REMOVAL |

  On November 16, 2005, Defendant RICHARD GREG POMARES ("Defendant") filed a notice of removal of a state unlawful detainer action, Stanislaus County Superior Court case number 37252. Defendant also filed a motion to proceed in forma pauperis.

  Pursuant to 28 U.S.C. § 1915(e)(2), the court must conduct an initial review of the complaint for sufficiency to state a claim. The court must dismiss a complaint or portion thereof if the court determines that the action is legally "frivolous or malicious," fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2). If the court determines that the complaint fails to state a claim, leave to amend may be granted to the extent that the deficiencies of the complaint can be cured by amendment.

  The right to remove a case from state to federal court is entirely a creature of statute; the types of cases that may be removed and the conditions under which they may be removed are

1

1  governed entirely by federal statutes.  28 U.S.C. §§ 1441 et. seq.  The defendant seeking removal
2  of an action to federal court has the burden of establishing the grounds for federal jurisdiction in
3  the case and the burden of showing that he has complied with the procedural requirement for
4  removal. *California ex rel. Lockyer v. Dynegy* 375 F.3d 831 (9th Cir. 2004).

5  Defendant makes only vague references to the reasons he seeks removal.  He complains
6  of fraudulent service in the state action, "fraudulent and unconstitutional proceedings," and
7  violations of his rights to a jury trial and procedural due process.  Motion for Removal, at 2-3.
8  However, these allegations do not render the underlying action removable.  A cause of action
9  under federal law arises "only when the plaintiff's well-pleaded complaint raises issues of federal
10 law." *In re Miles*, 430 F.3d 1083, 1088 (9th Cir. 2005).  In other words, the complaint filed by
11 Mr. Dalbir in the Stanislaus County Court must present questions of federal law for this case to
12 be removable.  That is not the case, as the unlawful detainer complaint contains only issues of
13 state law.  Defendant's allegations of constitutional violations occurring during the state action
14 do not make the action removable.

15 The Court finds no basis for removal of this action.  Accordingly, the Court HEREBY
16 RECOMMENDS that the Notice of Removal BE DISMISSED in its entirety for lack of
17 jurisdiction.  In doing so, the Court recommends that the dismissal be without leave to amend as
18 the deficiencies are not curable.

19 These findings and recommendations will be submitted to the United States District
20 Court Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).
21 Within thirty (30) days after being served with these findings and recommendations, the parties
22 may file written objections with the Court.  The document should be captioned "Objections to
23 Magistrate Judge's Findings and Recommendations."  The parties are advised that failure to file
24 objections within the specified time may waive the right to appeal the District Court's order.
25 <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

26 IT IS SO ORDERED.

27 Dated:     **January 24, 2006**                    **/s/ Dennis L. Beck**
   3b142a                                          UNITED STATES MAGISTRATE JUDGE
28

2