UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KAUR DALBIR, | ) | 1:05cv1451 FVS DLB |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING FINDINGS AND RECOMMENDATION |
| | ) | |
| v. | ) | (Document 5) |
| | ) | |
| RICHARD GREG POMARES, | ) | |
| | ) | |
| Defendant. | ) | |

On November 16, 2005, Defendant RICHARD GREG POMARES ("Defendant") filed a notice of removal of a state unlawful detainer action, Stanislaus County Superior Court case number 37252.

On January 25, 2006, the Magistrate Judge issued Findings and Recommendation that the notice of removal be dismissed without leave to amend for lack of jurisdiction. This Findings and Recommendation was served on all parties and contained notice that any objections to the Report and Recommendation were to be filed within thirty (30) days of the date of service of the order. Over thirty (30) days have passed and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued January 25, 2006, is ADOPTED IN FULL; and

2. The notice of removal is dismissed without leave to amend.

DATED this   7th   day of March, 2006.

                     <u>s/ Fred Van Sickle</u>
                      Fred Van Sickle
              United States District Judge